BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $92.777.78 IN U.S. CURRENCY SEIZED FROM RIVER CITY BANK ACCOUNT NUMBER 0220074437,  HELD IN THE NAMES OF ADAM WOOD AND BREANNA WOOD,<br><br>    Defendant. | 2:13-MC-00013-MCE-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Adam Wood ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about November 20, 2012, claimant Adam Wood filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $92,777.78 (hereafter "defendant funds"), which were seized on November 5, 2012.

　　　　2.　　The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February 18, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to March 20, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 20, 2013.

Dated: 2/12/13

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/11/13

/s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for Claimant Adam Wood

(As authorized via email on 2/11/13)

IT IS SO ORDERED.

Dated: February 15, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE